Filed 3/19/14  P. v. Gutierrez CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOE GUTIERREZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B244091<br>(Super. Ct. No. MA051431)<br>(Los Angeles County) |

Joe Gutierrez appeals from the judgment after a jury convicted him of first degree burglary and receiving stolen property.  (Pen. Code, §§ 459 & 496.)[1]  Appellant admitted two prior strike convictions (§§ 667, subds. (b)-(i), 1170.12, subds. (a)-(d)), and one prior serious felony conviction.  (§ 667, subd. (a).)  The trial court sentenced him as a third strike offender to an aggregate term of 30 years to life in state prison.

On December 30, 2010, appellant and an accomplice broke into the victims' home and took their property.  They put the property in appellant's car and drove away.

We appointed counsel to represent appellant in this appeal.  After counsel's examination of the record, he filed an opening brief in which no issues were raised.

---

[1] All further statutory references are to the Penal Code.

We advised appellant that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  No response has been received.

We have reviewed the available record, including sealed documents presented during proceedings conducted pursuant to *Pitchess v. Superior Court* (1974) 11 Cal.3d 531.  We are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist.  (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 125, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


PERREN, J.


We concur:



GILBERT, P. J.



YEGAN, J.

John Murphy, Judge

Superior Court County of Los Angeles

_____


Christopher Love, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.